```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Creare, Inc.**

    **v.**                                          Civil No. 09-cv-4-JM

**ANSYS, Inc.**


**O R D E R**

    I recuse myself from this case as counsel from McLane, Graf, Raulerson & Middleton, PA., has filed an appearance in this case and the firm is on my recusal list.

    SO ORDERED.

                                                James R. Muirhead
                                                United States Magistrate Judge

November 19, 2009

cc:  Karyl Roberts Martin, Esq.
     Peter S. Cowan, Esq.
     Cameron G. Shilling, Esq.
     Cathryn E. Vaughn, Esq.
     Douglas C. Doskocil, Esq.